## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HEIDI OBERLIN,**

    **Plaintiff,**

**v.**                                                                       **Case No. 8:07-cv-1916-T-30EAJ**

**STREAM INTERNATIONAL, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Response to the Court's Order to Show Cause (Dkt. 8). Plaintiff has informed the Court that this case is being arbitrated with the American Arbitration Association due to an arbitration agreement between the parties. The Court will construe the Response as a motion to stay this action pending arbitration of this case.

Upon consideration, it is ORDERED AND ADJUDGED that:

1. Plaintiff's construed motion to stay this action pending arbitration is **GRANTED**. This matter is **STAYED** pending resolution of the related arbitration proceeding.

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. The court will reopen this case upon motion and good cause shown.

3.  The parties shall notify the Court upon resolution of the pending arbitration proceeding, and shall provide the court with a Status Report every six (6) months until this matter is resolved.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1916.stay.frm