## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HEIDI OBERLIN,**

    **Plaintiff,**

                                  **CASE NO.:  8:07-cv-1916-JSM-EAJ**

**vs.**

**STREAM INTERNATIONAL, INC.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Joint Motion to Dismiss Case With Prejudice (Dkt. #10).  The Parties in the above-captioned case have advised the Court that the matters in controversy have been resolved by agreement, and that Plaintiff Heidi Oberlin agrees to dismiss all claims against Defendant Stream International, Inc. in this action with prejudice.

It is therefore **ORDERED, ADJUDGED and DECREED** that:

1. The Joint Motion to Dismiss Case With Prejudice (Dkt. #10) is GRANTED.

2. All claims and causes of action asserted herein by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs and attorneys' fees.

4. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on June 19, 2008.

                                                                */s/ James S. Moody, Jr.*
                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1916.dismissal.wpd